**Jeffrey S. BLANEY, Plaintiff–Appellant,**

v.

**G.F. DRISCOLL, Law Librarian, Defendant–Appellee.**

No. 02–6805.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 19, 2002.

Decided Sept. 27, 2002.

Jeffrey S. Blaney, Appellant Pro Se. Samuel Lawrence Dumville, Virginia Beach, Virginia, for Appellee.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Jeffery S. Blaney appeals from the district court's order denying his motion to reconsider the denial of his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on reasoning of the district court, *see Blaney v. Driscoll*, No. CA–98–1449–AM (E.D.Va. Apr. 18, 2002), noting that because the motion to reconsider was filed more than ten days after entry of the final judgment, the motion only is properly considered under Fed.R.Civ.P. 60(b). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*